# EXHIBIT M

# Exhibit M Infringement of U.S. Patent No. 9,949,060

| Claim Language | Representative Evidence |
|---|---|
| 1. A user device comprising: | The Samsung Galaxy S26 is a user device implementing methods for controlling access to its functionality, including Extend Unlock, Do Not Disturb While Driving, Driving Mode, and Android Auto.   |
| a resource registry storing capabilities lists (CLs) received from one or more external resources available to and in proximity with the user device, each CL specifying one or more attributes of the respective external resource from which it is received; | The Samsung Galaxy S26 comprises a resource registry storing capabilities lists (CLs) received from one or more Bluetooth devices (external resources) available to and in proximity with the user device, each CL specifying one or more attributes of the respective external resource from which it is received. For example, each of Extend Unlock, Do Not Disturb While Driving, Driving Mode, and Android Auto rely on Bluetooth to control access to a functionality of the Samsung Galaxy S26. |

| Claim Language | Representative Evidence |
|---|---|
| | |













The Samsung Galaxy S26 implements the Bluetooth Core Specification, version 5.4.

| Connectivity | | |
|---|---|---|
| | **USB Interface**<br>USB Type-C | **USB Version**<br>USB 3.2 Gen 1 |
| | **Location Technology**<br>GPS, Glonass, Beidou, Galileo, QZSS | **Earjack**<br>USB Type-C |
| | **MHL**<br>No | **Wi-Fi**<br>802.11a/b/g/n/ac/ax/be 2.4GHz+5GHz+6GHz, EHT320, MIMO, 4096-QAM |
| | **Wi-Fi Direct**<br>Yes | **Bluetooth Version**<br>Bluetooth v5.4 |

Samsung Galaxy S26 specs webpage, https://www.samsung.com/latin_en/smartphones/galaxy-s26/specs/

The Bluetooth Core Specification, version 5.4, provides mechanisms by which the Samsung Galaxy S26 receives a capabilities list (CL) from one or more external resources (discovered/paired Bluetooth devices)

<table>
<tr><th>Claim Language</th><th>Representative Evidence</th></tr>
<tr><td></td><td>
available to the user device via a Bluetooth wireless network. Each capabilities list specifies one or more attributes of the respective external resource from which it is received (e.g., whether the Bluetooth device is capable of delivering audio).
As one example, during the inquiry scan sequence, the Samsung Galaxy S26 receives an FHS packet that includes, e.g., the Bluetooth device's 48-bit address (LAP, UAP, NAP) and a 24-bit device class. The 24-bit device class includes major and minor service and device classes. For example, the major service class (bits 13–23) specifies attributes of the Bluetooth device, such as the capability to provide networking, rendering, capturing, audio, and telephony services.
<table>
<tr><td>Parity bits</td><td>This 34-bit field contains the parity bits that form the first part of the sync word of the access code of the device that sends the FHS packet. These bits are derived from the LAP as described in Section 1.2.</td></tr>
<tr><td>LAP</td><td>This 24-bit field shall contain the lower address part of the device that sends the FHS packet.</td></tr>
<tr><td>EIR</td><td>This bit shall indicate that an extended inquiry response packet may follow. See Section 8.4.3.</td></tr>
<tr><td>Reserved</td><td>This 1-bit field is reserved for future use.</td></tr>
<tr><td>SR</td><td>This 2-bit field is the page scan repetition mode field and indicates the interval between two consecutive page scan windows, see also Table 6.4 and Table 8.1</td></tr>
<tr><td>SP</td><td>This 2-bit field shall be set to 0b10.</td></tr>
</table>
</td></tr>
</table>

| Claim Language | Representative Evidence |
|---|---|
| | (see below) |

| | |
|---|---|
| **UAP** | This 8-bit field shall contain the upper address part of the device that sends the FHS packet. |
| **NAP** | This 16-bit field shall contain the non-significant address part of the device that sends the FHS packet (see also Section 1.2 for LAP, UAP, and NAP). |
| **Class of Device** | This 24-bit field shall contain the Class of Device of the device that sends the FHS packet. The field is defined in Assigned Numbers. |
| **LT_ADDR** | This 3-bit field shall contain the logical transport address the recipient shall use if the FHS packet is used at connection setup or role switch. A Peripheral responding to a Central or a device responding to an inquiry request message shall include an all-zero LT_ADDR field if it sends the FHS packet. |
| **$CLK_{27\text{-}2}$** | This 26-bit field shall contain the value of the native clock of the device that sends the FHS packet, sampled at the beginning of the transmission of the access code of this FHS packet. This clock value has a resolution of 1.25 ms (two-slot interval). For each new transmission, this field is updated so that it accurately reflects the real-time clock value. |

*Table 6.3: Description of the FHS payload*

Bluetooth Core Specification Version 5.4, Vol. 2, Part B, at 482.

## 2.8 Class of Device

Referenced from the following:

- Bluetooth Core Specification [Vol 2] Part B, Section 6.5.1.4 [4].
- Supplement to the Bluetooth Core Specification Part A, Section 1.6.2 [22].

The Class of Device is composed of four fields: A Major Service Classes bitfield, a Major Device Class enumerated value, the Minor Device Class value, and a fixed value of 0b00 in the two least significant bits. The format of the Minor Device Class is determined by the Major Device Class value. The structure of the Class of Device is defined below:

| 23 – 13 | 12 – 8 | 7 – 2 | 1 – 0 |
|---|---|---|---|
| Major Service Classes | Major Device Class | Minor Device Class | 0b00 |

*Figure 2.2: Class of Device format*

<table>
<tr><th>Claim Language</th><th>Representative Evidence</th></tr>
<tr><td></td><td>

### 2.8.1 Major Service Classes

Last Modified: 2025-09-17

Filename: assigned_numbers/core/class_of_device.yaml

| Bit | Class of Device Major Service Class |
|---|---|
| 13 | Limited Discoverable Mode |
| 14 | LE audio |
| 15 | Reserved for Future Use |
| 16 | Positioning (Location identification) |
| 17 | Networking (LAN, Ad hoc, ...) |
| 18 | Rendering (Printing, Speakers, ...) |
| 19 | Capturing (Scanner, Microphone, ...) |
| 20 | Object Transfer (v-Inbox, v-Folder, ...) |
| 21 | Audio (Speaker, Microphone, Headset service, ...) |
| 22 | Telephony (Cordless telephony, Modem, Headset service, ...) |
| 23 | Information (WEB-server, WAP-server, ...) |

Bluetooth Assigned Numbers at 46 (Sept. 4, 2026).

Further, the Samsung Galaxy S26 includes a resource registry storing the capabilities lists (CLs). For example, internal Android OS data structures store device/service classes for paired/connected Bluetooth devices.

</td></tr>
</table>

| Claim Language | Representative Evidence |
|---|---|
| | (see below) |

```
/* These are the fields returned in each device's response to the inquiry.  It
 * is returned in the results callback if registered.
 */
typedef struct {
  uint16_t clock_offset;
  RawAddress remote_bd_addr;
  DEV_CLASS dev_class;
  uint8_t page_scan_rep_mode;
  uint8_t page_scan_per_mode;
  uint8_t page_scan_mode;
  int8_t rssi; /* Set to BTM_INQ_RES_IGNORE_RSSI if  not valid */
  uint32_t eir_uuid[BTM_EIR_SERVICE_ARRAY_SIZE];
  bool eir_complete_list;
  tBT_DEVICE_TYPE device_type;
  uint8_t inq_result_type;
  tBLE_ADDR_TYPE ble_addr_type;
  uint16_t ble_evt_type;
  uint8_t ble_primary_phy;
  uint8_t ble_secondary_phy;
  uint8_t ble_advertising_sid;
  int8_t ble_tx_power;
  uint16_t ble_periodic_adv_int;
  RawAddress ble_ad_rsi; /* Resolvable Set Identifier from advertising */
  bool ble_ad_is_le_audio_capable;
  uint8_t flag;
  bool include_rsi;
  RawAddress original_bda;
} tBTM_INQ_RESULTS;
```

platform/packages/modules/Bluetooth/system/stack/btm/neighbor_inquiry.h

```
// Inquiry database
tINQ_DB_ENT inq_db_[BTM_INQ_DB_SIZE];
```

⋮

| Claim Language | Representative Evidence |
| --- | --- |
| | (see evidence below) |

```
/* This is the inquiry response information held in its database by BTM, and
 * available to applications via BTM_InqDbRead, BTM_InqDbFirst, and
 * BTM_InqDbNext.
 */
typedef struct {
  tBTM_INQ_RESULTS results;

  bool appl_knows_rem_name; /* set by application if it knows the remote name of
                               the peer device.
                               This is later used by application to determine if
                               remote name request is
                               required to be done. Having the flag here avoid
                               duplicate store of inquiry results */
  uint16_t remote_name_len;
  BD_NAME remote_name;
  uint8_t remote_name_type;
} tBTM_INQ_INFO;

typedef struct {
  uint64_t time_of_resp;
  uint32_t inq_count; /* "timestamps" the entry with a particular inquiry count   */
                      /* Used for determining if a response has already been     */
                      /* received for the current inquiry operation. (We do not  */
                      /* want to flood the caller with multiple responses from   */
                      /* the same device.                                        */
  tBTM_INQ_INFO inq_info;
  bool in_use;
  bool scan_rsp;
} tINQ_DB_ENT;
```

platform/packages/modules/Bluetooth/system/stack/btm/btm_inq.cc

```
class ClassOfDevice final : public packet::CustomFieldFixedSizeInterface<ClassOfDevice>,
                            public storage::Serializable<ClassOfDevice> {
public:
  static constexpr size_t kLength = 3;

  std::array<uint8_t, kLength> cod = {};
```

platform/packages/modules/Bluetooth/system/pdl/hci/include/hci/class_of_device.h

<table>
<tr><th>Claim Language</th><th>Representative Evidence</th></tr>
<tr><td></td><td>

```
class DeviceProperties {
    private static final int MAX_PACKAGE_NAMES = 4;
    private String mName;
    private byte[] mAddress;
    private String mIdentityAddress;
    @AddressType private int mIdentityAddressType = BluetoothDevice.ADDRESS_TYPE_UNKNOWN;
    private boolean mIsConsolidated = false;
    private int mBluetoothClass = BluetoothClass.Device.Major.UNCATEGORIZED;
    private int mBredrConnectionHandle = BluetoothDevice.ERROR;
    private int mLeConnectionHandle = BluetoothDevice.ERROR;
    private short mRssi;
    private String mAlias;
    private BluetoothDevice mDevice;
    private boolean mIsBondingInitiatedLocally;
    private int mBatteryLevelFromHfp = BluetoothDevice.BATTERY_LEVEL_UNKNOWN;
    private int mBatteryLevelFromBatteryService = BluetoothDevice.BATTERY_LEVEL_UNKNOWN;
    private boolean mIsCoordinatedSetMember;
    private int mAshaCapability;
    private int mAshaTruncatedHiSyncId;
    private String mModelName;
    @VisibleForTesting int mBondState;
    @VisibleForTesting int mDeviceType;
    @VisibleForTesting ParcelUuid[] mUuidsBrEdr;
    @VisibleForTesting ParcelUuid[] mUuidsLe;
    @VisibleForTesting boolean mHfpBatteryIndicator = false;
    private BluetoothSinkAudioPolicy mAudioPolicy;
```

platform/packages/modules/Bluetooth/android/app/src/com/android/bluetooth/btservice<br>/RemoteDevices.java</td></tr>
<tr><td>an environment map comprising (i) resource environment information obtained from the resource registry and (ii) physical environment information obtained from one or more sensors; and</td><td>The Samsung Galaxy S26 comprises an environment map comprising (i) resource environment information obtained from the resource registry and (ii) physical environment information obtained from one or more sensors. For example, each of Extend Unlock, Do Not Disturb While Driving, Driving Mode, and Android Auto maintains an environment map that comprises information about Bluetooth devices used to trigger the respective feature when connected. The environment map comprises resource environment information obtained from the resource registry for Bluetooth devices.</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Representative Evidence</th></tr>
<tr><td></td><td>









Further, each of Extend Unlock, Do Not Disturb While Driving, Driving Mode, and Android Auto maintains an environment map that comprises physical environment information obtained from one or more sensors, such as motion sensors, location sensors, and Wi-Fi signal strength sensors, which describes the state of the user device.
</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Representative Evidence</th></tr>
<tr><td></td><td>






</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Representative Evidence</th></tr>
<tr><td></td><td>









<h2>Parked apps</h2>

On devices running Android 15 or higher, Android Auto supports running activities directly on the head unit while parked. This capability is limited to apps in the supported parked app categories. For safety purposes, Android Auto automatically exits an app when vehicle motion is detected.

Android Auto overview, https://developer.android.com/training/cars/platforms/android-auto
</td></tr>
<tr><td>a recognition unit matching access policies of the user device with the environment map to dynamically assign a profile to the user device, and controlling access to a functionality of the</td><td>The Samsung Galaxy S26 comprises a recognition unit matching access policies of the user device with the environment map to dynamically assign a profile to the user device, and controlling access to a functionality of the user device based on the profile assigned to the user device. For example, each of Extend Unlock, Do Not Disturb While Driving, Driving Mode, and Android Auto uses an access policy whereby connection to specific Bluetooth devices and sensor information dynamically assigns a profile to the user device. Specifically, Extend Unlock assigns an Extend Unlock profile; Do Not Disturb While</td></tr>
</table>

| **Claim Language** | **Representative Evidence** |
|---|---|
| user device based on the profile assigned to the user device. | Driving and Driving Mode assign a Do Not Disturb profile; Android Auto assigns an Android Auto profile [profile names inferred from user-facing functionality; subject to revision following discovery]. |













```
/**
 * The current condition of an {@link android.app.AutomaticZenRule}, provided by the
 * app that owns the rule. Used to tell the system to enter Do Not
 * Disturb mode and request that the system exit Do Not Disturb mode.
 */
public final class Condition implements Parcelable {

                                  ⋮

    /** The state is changing due to an unknown reason. */
    public static final int SOURCE_UNKNOWN = 0;
    /** The state is changing due to an explicit user action. */
    public static final int SOURCE_USER_ACTION = 1;
    /** The state is changing due to an automatic schedule (alarm, set time, etc). */
    public static final int SOURCE_SCHEDULE = 2;
    /** The state is changing due to a change in context (such as detected driving or sleeping). */
    public static final int SOURCE_CONTEXT = 3;
```

| Claim Language | Representative Evidence |
|---|---|
| | platform/frameworks/base/core/java/android/service/notification/Condition.java<br><br>Further, the Samsung Galaxy S26's recognition unit controls access to a functionality of the user device based on the profile assigned to the user device. For example, Extend Unlock locks the device, thus limiting or controlling access to all applications running on the user device, when the device is not assigned the Extend Unlock profile; Do Not Disturb While Driving and Driving Mode automatically silence incoming calls, texts, and notifications when the device is assigned the Do Not Disturb profile; Android Auto limits or controls access to mobile applications via the handset display and provides a user interface with limited functionality via the dashboard display when the device is assigned the Android Auto profile. |












| Claim Language | Representative Evidence |
|---|---|
| | <br>https://blog.google/products-and-platforms/platforms/android/android-in-cars-updates/ |