AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

SENSAY TECHNOLOGIES LLC
*Plaintiff*
v.
SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.
*Defendant*

Case No. 2:26-cv-00926

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sensay Technologies LLC .

Date: 10/19/2026

/s/ Andrea Pacelli
*Attorney's signature*

Andrea Pacelli (Bar No. 4655585NY)
*Printed name and bar number*

Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
*Address*

apacelli@hechtpartners.com
*E-mail address*

(212) 851-6821
*Telephone number*

*FAX number*